SAMUEL KASTENBAUM, Respondent, v. DIRECTOR-GENERAL OF RAILROADS, Appellant.— Motion for reargument granted.

MARY CASE, Respondent, v. S. WANDER & SONS CHEMICAL COMPANY, INC., Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

In the Matter of the Petition of EDWARD E. COATSWORTH, as Trustee under the Last Will and Testament of ANNA B. WILLIS, Deceased, for the Construction of Said Will.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to Court of Appeals denied.

BURR T. BREED, Respondent, v. CORNELL UNIVERSITY, Appellant.— Motion for leave to appeal to the Court of Appeals granted.

CHARLES A. CARPENTER, Respondent, v. EMPIRE STATE RAILROAD CORPORATION, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

WILLIAM M. JONES, Respondent, v. ALFRED COCOMITROS, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs.

ANDREW H. KEELE, Appellant, v. INTERNATIONAL RAILWAY COMPANY, Respondent.— Motion granted and appeal dismissed, with costs.

ANDY STEPHENS, Respondent, v. GEORGE WALLACE, Defendant, and ABE DENISON, Interpleaded, Appellant.— Motion granted and appeal dismissed, with costs.

METHODIST EPISCOPAL CHURCH OF MINETTO, Appellant, v. THE STATE OF NEW YORK, Respondent.— Two appeals dismissed, without costs, upon stipulation filed.

ROBERT MACDONALD, Appellant, v. THE STATE OF NEW YORK, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

ANNA TIDD, Appellant, v. THE STATE OF NEW YORK, Respondent.— Appeal dismissed, without costs upon stipulation filed.

J. COURTNEY SHUTTS and Others, Appellants, v. THE STATE OF NEW YORK, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

ELMER E. HARTER, Appellant, v. THE STATE OF NEW YORK, Respondent.— Appeal dismissed, without costs, upon stipulation filed.

In the Matter of the Probate of the Last Will and Testament of FLORENCE J. CISZEK, Deceased.— Motion to dismiss appeal denied, and permission given to appellant to make personal service of notice of appeal upon respondent or respondent's attorneys within ten days upon payment of ten dollars.

ADKIN, CLARK & GODDARD COMPANY, Plaintiff, v. CHARLES T. JOHNSTONE, Defendant.— Motion granted, unless defendant shall file and serve printed papers and briefs and pay to respondent's attorneys ten dollars by October sixth and be ready for argument October eleventh.

CITY OF LACKAWANNA, Respondent, v. JOHN A. TOOMEY, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers on appeal by October seventh.